UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In Re:

Robin Patrice Robertson,

        Debtors.
_____/

Chapter 13
Case No. 23-49275-mar
Hon. Mark A. Rondon

## APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND NOTICES

Laura C. Duncan, Assistant Attorney General, hereby enters her appearance as attorney on behalf of the Michigan Department of Health and Human Services, for the purpose of receipt of pleadings and notices of hearings pursuant to Fed. R. Bankr. P. 9010(b) and E.D. Mich. LBR 9010-1, in the above captioned bankruptcy case.

For purposes of service of all notices, pleadings, and documents, it is respectfully requested that all be addressed to the following

undersigned attorney at the address below and NOT the Attorney General of the State of Michigan.

Respectfully submitted,

/s/ Laura C. Duncan
Laura C. Duncan (P84159)
Assistant Attorney General
Attorney for Michigan
Department of Health and
Human Services
Revenue & Tax Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7603
DuncanL6@michigan.gov

Dated: April 25, 2024